## BULKLEY v. BULKLEY ET AL.

A devise to three of the use of a mill during their natural lives, and to the heirs of the longest liver of them in fee; on the death of either his part descends to his heirs until all three are dead.

ACTION of ejectment for a mill and dam, etc. at Dividend. Plea not guilty. Issue to the jury.

The case was — In A. D. 1749, Bulkley the father of the plaintiff, and grandfather of the defendants, owned the estate, and by his last will since proved and approved, devised all his lands to his three sons, Jonathan, Gershom and Peter in fee-simple; to be equally divided between them; and that his said three sons should have the improvement of said mill, etc. in

equal proportions, during their natural lives; and upon the decease of his said three sons, said mill, etc. should pass to the male heirs of either of his said three sons, that should be the longest liver in the world: The three sons made partition of all the lands, except three acres, on which the mill stood; they rebuilt the mill and kept it in repair and paid an annuity of £5 to their mother. After the decease of Jonathan and Peter, their sons, who are the defendants, contributed to the repairs and shared the profits of said mill with their uncle, the plaintiff, and they had built a new mill by the side of the old one.

Two points were made upon the construction of this will: 1st, Whether upon the death of Jonathan and Peter, their interest in said mill vested in the plaintiff, being the survivor, or descended to their heirs until all three of the brothers, should be dead? 2d. Whether, as the devise of all the lands, on which the mill stood, was to all three of the sons in fee, it did not pass the whole interest in the mills, with the use of them, to said three sons; notwithstanding the particular bequest of the use to the male heirs of the longest liver.

The court and jury were clear for the defendants upon the first point, and it was not necessary then to determine the second. Verdict and judgment passed for the defendants.